UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                        Plaintiff,<br><br>v.<br><br>ELI BEN-MOSHE, in individual and representative capacity as trustee of the Eli and Michal Ben-Moshe Family Trust dated December 7, 2001; CARL JACOB WEIDETZ III; and DOES 1–10,<br><br>                        Defendants. | Case No.: 18-CV-1155 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)**<br><br>(ECF No. 7) |

Presently before the Court the parties' Joint Motion for Dismissal Pursuant to F.R.Civ.P. 41(a)(1) ("Joint Mot.," ECF No. 7). The parties request that the Court dismiss this action with prejudice as to all parties. *Id.* at 2.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Good cause appearing, the Court **GRANTS** the Joint Motion. As agreed by the
2 | parties, this action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties,
3 | with each party to bear its own attorneys' fees and costs. The Clerk of the Court **SHALL**
4 | **CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: November 6, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge